IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN VERNON, et al.,

    Plaintiffs,

v.                                                CV No. 20-1270 CG/GBW

OIL PATCH GROUP, INC., et al.,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Stay All Proceedings Pending the Court's Ruling on Plaintiffs' Motion to Remand* (the "Motion), (Doc. 26), filed December 23, 2020. In the Motion, Plaintiffs' request that the Court stay all briefing deadlines on all pending motions other than Plaintiffs' *Motion to Remand. Id.* at 3.

**IT IS HEREBY ORDERED** that a telephonic Motion hearing is scheduled for **Wednesday, December 30, 2020, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE