IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN VERNON, et al.,

        Plaintiffs,

v.                                                                            CV No. 20-1270 CG/GBW

OIL PATCH GROUP, INC., et al.,

        Defendants.

## ORDER GRANTING MOTION TO STAY BRIEFING

**THIS MATTER** is before the Court upon Plaintiffs' *Motion to Stay All Proceedings Pending the Court's Ruling on Plaintiff's Motion to Remand* (the "Motion"), (Doc. 26), filed December 23, 2020. In the Motion, Plaintiffs request the Court stay briefing on all pending dispositive motions except briefing on Plaintiffs' *Motion to Remand*, (Doc. 20), until the Court has ruled on Plaintiffs' *Motion to Remand*. (Doc. 26 at 3). The Court, having considered the Motion and the remarks of counsel at a telephonic hearing held on December 30, 2020, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that briefing on all pending dispositive motions in this matter is stayed until the Court decides Plaintiffs' *Motion to Remand*, (Doc. 20).

**IT IS FURTHER ORDERED** that Plaintiffs shall file a reply, if any, to their *Motion to Remand* by no later than **January 11, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE