IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN VERNON, et al.,

    Plaintiffs,

v.                                            CV No. 20-1270 CG/GBW

OIL PATCH GROUP, INC., et al.,

    Defendants.

## **FINAL JUDGMENT**

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 36), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiffs' *Motion to Remand to District Court of Lea County, New Mexico by Reason of Lack of Jurisdiction*, (Doc. 20), shall be **GRANTED**. This case is therefore **REMANDED** to the Fifth Judicial District Court, Lea County, State of New Mexico.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE